# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 200 MAL 2023

Respondent                            :

                                      :  Petition for Allowance of Appeal
                                      :  from the Order of the Superior Court

v.                                    :

                                      :

RASHEED MUHAMMAD,                      :

Petitioner                            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of November, 2023, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

> Was the evidence insufficient to support Petitioner's conviction for firearms not to be carried without a license, 18 Pa.C.S. § 6106, where the jury made a specific factual finding that Petitioner did not possess a firearm in response to a special interrogatory to which all parties and the trial court had agreed?